**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Revised 07/07 WDNY

*Sanja Drinks-Bruder*

FILED
SEP 23 2022
UNITED STATES DISTRICT COURT
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Jury Trial Demanded: Yes ✓ No____

_____

Name(s) of Plaintiff or Plaintiffs

-vs-

**DISCRIMINATION COMPLAINT**

-CV-_____

*SEE ATTACHED SHEET*

22 CV 0725

Name of Defendant or Defendants

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

____ ✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).

    **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a <u>right to sue letter</u>** from the Equal Employment Opportunity Commission.

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).

    **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).

    **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a <u>right to sue letter</u>** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under <u>42 U.S.C. §§</u> 1981, <u>1983</u> and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

✓　　　New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.　My address is: 1032 97Th Street
   Niagara Falls, NY 14304

   My telephone number is: 716 628 3286

2.　The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: City of Niagara Falls

   Number of employees: unknown at this time

   Address: PO Box 6069
   Niagara Falls NY 14302-0069

3.　(If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: 

   Address: 

## CLAIMS

4.　I was first employed by the defendant on (date): January 29 1993

5.  As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
    _In The year 2009_____

6.  As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
    did): _August 12 2022_____
    _____
    _____

7.  I believe that the defendant(s)

    a. __✓___      Are still committing these acts against me.
    b. _____      Are not still committing these acts against me.
    (Complete this next item **only** if you checked "b" above)   The last discriminatory act
    against me occurred on (date) _____
    _____

8.  (Complete this section **only** if you filed a complaint with the New York State Division of
    Human Rights)

    The date when I filed a complaint with the New York State Division of Human Rights is
    _January  8  2021_____
    _ (estimate the date, if necessary)

    I filed that complaint in (identify the city and state): _Buffalo, New York____
    _____

    The Complaint Number was: _10210873_____

9.  The New York State Human Rights Commission did ___✓___/did not ___✓___
    issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the
    decision to **each** copy of the complaint; failure to do so will delay the initiation of your
    case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the
    Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
    discriminatory conduct is: _January 8 2021 because of the_____
    _work-sharing agreement_

11. The Equal Employment Opportunity Commission did _____ /did not
    ____✓_____ issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one
    copy of the decision to **each** copy of the complaint; failure to do so will delay the
    initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to
    Sue letter which I received on: _June 28 2022_____. (**NOTE:** If it

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.    I am complaining in this action of the following types of actions by the defendants:

a. _____ Failure to provide me with reasonable accommodations to the application process

b. _____ Failure to employ me

c. _____ Termination of my employment

d. _____ Failure to promote me

e. ___✓___ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____ Harassment on the basis of my sex

g. ___✓___ Harassment on the basis of unequal terms and conditions of my employment

h. ___✓___ Retaliation because I complained about discrimination or harassment directed toward me

i. _____ Retaliation because I complained about discrimination or harassment directed toward others

j. ___✓___ Other actions (please describe) _Violating my due process rights that are within the U.S. Constitution under the 14th amendment_

14.    Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. ___✓___ Race                     f. _____ Sexual Harassment

b. _____ Color                    g. _____ Age
                                   _____ Date of birth
c. _____ Sex

d. _____ Religion                 h. ____ Disability
                                   Are you incorrectly perceived as being
                                   disabled by your employer?
e. _____ National Origin            ____ yes ____ no

15.    I believe that I was ___✓___/was not _____ **intentionally** discriminated against by the defendant(s).

16.   I believe that the defendant(s) is/are __✓__ is not/are not _____ still committing these acts against me.  (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____
_____

17.   **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE**:  You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18.   The Equal Employment Opportunity Commission *(check one)*:
      _____ **has not** issued a Right to sue letter
      __✓__ **has** issued a Right to sue letter, which I received on __June 28 2022__

19.   State here as briefly as possible the *facts* of your case.  Describe how each defendant is involved, including *dates* and *places*.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  *(Use as much space as you need.  Attach extra sheets if necessary.)*

      See Attached 19 page of facts which also
      includes the extended caption
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

## FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>

20.   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
      _____ 60 days or more have elapsed    _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21.   I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

In The United States District Court

For The Western District of New York

Attached Page 1

Caption for Discrimination Complaint


Sanja Drinks-Bruder
                Plaintiff

        vs                              ___-CV-___

City of Niagara Falls
P.O. Box 69
Niagara Falls, NY 14302-0069


Robert Restaino, Mayor
P.O. Box 69
Niagara Falls, NY 14302-0069


Christopher Mazur, Esq
Law Department
P.O. Box 69
Niagara Falls, NY 14302-0069


Thomas Licata
603 Vanderbilt Ave
Niagara Falls, NY 14305


John Faso
1925 Main Street
Niagara Falls, NY 14305
                Defendants

In The United States District
For The Western District of New York
Attached Page 2
Caption for Discrimination Complaint

Defendants Continued

Michael Corcoran ——— CV.———
1925 Main St
Niagara Falls, NY 14305

Michael Lee
1925 Main St
Niagara Falls, NY 14305

Steven Kerfoot
1925 Main Street
Niagara Falls NY 14305

Gregory Spagnola
1925 Main St
Niagara Falls NY 14305

Vincent Granto
1925 Main St
Niagara Falls NY 14305
                    Defendants

Civil Cover Sheet Attachment
Additional Defendants Listed Below

Robert Restaino, Mayor of Niagara Falls

Niagara Falls Civil Service Commission

Christopher Mazur, Esq  City of Niagara Falls

Thomas Licata.

John Faso, Superintendent of Niagara Falls Police Dept,

Michael Corcoran, Cpt. of the OPS Dept,
  at Niagara Falls Police Dept,

Michael Lee, Deputy Chief of the Niagara
  Falls Police Dept.

Steven Kerfoot, Detective at Niagara Falls
  Police Dept

Gregory Spagnola, officer at Niagara
  Falls Police Dept.

Cpt. Granto, Cpt of Niagara Falls Police Dept
                              Defendants

# 19. from Discrimination Complaint

Sanja Drinks-Bruder (hereinafter "plaintiff or I")

1. Pro se litigant is filing this complaint for a denial of civil rights under 42 U.S.C. 1983, employment discrimination under 42 U.S.C. 2000e and Continuing Violation Doctrine. The US Western District of New York Court is located in a judicial district where the events took place to the claim.

2. Mayor Robert Restiano
   a. Plaintiff did contact Mayor Restiano on two different occasions by mail. Mayor Restiano only responded back by mail and indicated he could not be involved even knowing there was illegal actions by City (Niagara Falls, NY) employees that placed plaintiff in a hostile working environment.

3. City of Niagara Falls
   a. City of Niagara New York (hereinafter "City") is the entity responsible for the illegal action as a whole.
   b. City agreed verbally to pay damages of approx. $15,000 to plaintiff for

discrimination (case 10210873) that caused emotional stress to plaintiff. City refused to sign when plaintiff refused to accept an unlawful decertification by Chief Faso that took place in June 2022 while negotiations were being worked on. Plaintiff was asked to drop all possible charges against the City through a different global settlement. The global settlement was only for the City and would not remove the unlawful decertification against plaintiff.

    c. The City was found to have possible probable cause against them by New York State Division Human Rights ( hereinafter "NYSDHR"). Due to plaintiff filing compliant in January 2021 and NYSDHR stated it could be a possible scheduled hearing (probable cause) in January 2023 plaintiff because of financial hardship did ask for a right to sue letter.

    d. City I see is now looking at brass who has violated the residency law, This has been going on for years but not only by the brass but also

patrol officers like one within this
compliant that the City knew about
and allowed. No one was charged with a
misconduct or received hardship for
violating the residency law. Why is that?
   e. The City deprived plaintiff the
      required notice to appear for the
      surprised section 72 proceeding.
   f. The City did allow a white male
      police officer back to work from a
      paid administrative leave he had
      been placed on after he was charged
      for domestic violence. Plaintiff was
      placed on administrative leave on
      January 26 2022 regarding an unlawful
      section 72 and 75's by the City. Plaintiff
      was placed on unpaid suspension on
      the first day which was January 13 2020
      through January 25 2022 without any
      proper investigations repeatly every
      30 work days for the same charge.


4. Niagara Falls Civil Service Commission
   a. They are members employed by the
      City of the Civil Service Commission.
      The Commission never spoke with me

before making their decision regarding
plaintiff having a mandatory mental
and medical evaluations on alleged
facts that were not accurate and but was
fabricated. The only had a supposed
meeting with Chief Iucita and Deputy
Faso on December 19 2019.

5. Christopher Mazur. Corporation Counsel
   a. Christopher received a discrimination
      complaint from plaintiff. Christopher
      stated there is no discrimination and
      stated this because he said the
      City has a discrimination policy.
   b. Christopher Mazur directed Chief
      Faso not to let me return to
      work in April 2020.
   c. Christopher stopped a settlement
      that would allow plaintiff to
      retire as past officers were allowed
      to by taking away benefits
      that plaintiff qualified for.
   d. Christopher knew that Michael Lee
      and Deputy Faso used my accrued
      days to paid me illegally when
      he said I could not return to

work in April 2020. Christopher knew they (accured days) were taken and used for paying plaintiff without authorization from her. It was a total of 18 days. These misconducts were overlooked.

e. Christopher within his position as a work relations party he would be the person where the stage 2 grievances would be forwarded to. Christopher never did respond or contact plaintiff regarding any grievance plaintiff would file.

f. Christopher did represent Gregory Spagnola and Matthew Bower for their discrimiatory actions they did against plaintiff that starting on November 18 2019. Christopher never spoke with plaintiff at all even when he knew that Gregory Spagnola illegally changed an official police report about plaintiff. The changes he made with the reports were intentionally meant to cause plaintiff harm and it did due to the lies.

g. Christopher did represent Chief Licata and Deputy Faso from November 18 2019 thru February 2022 on the report that plaintiff filed with NYSDHR

Which is this complaint. Plaintiff learned
a new attorney took his place in February
2022 and NYSDHR was told in April 2022.

6. Thomas Licata, Chief of Police at time of complaint
   a. Thomas knew I stopped to talk to
OPS Lt. Cirinto during the day and he had
Lt. Cirinto tell me to stop by his office
and it was nothing major. It was and
I asked for union representation before
it started. Chief Licata stated he
believed I needed a mental evaluation
because of the racial incident that
took place on November 18 2019. Plaintiff
advised Thomas that I took my time
because not only was the racial
hatred prisoner discriminating against
me but so was my fellow officers
(Gregory Spagnola and Matthew Bower).
I also then said in order to understand
what I went through you have to
be black. I refused an evaluation.
Being black and involved in discrimination
does not make one mental. This in itself
was discriminatory and insulting to plaintiff
who is a black person.

b. After plaintiff refused a mental evaluation in December 2019 because it was not needed Chief Licata and Deputy Faso tried to force plaintiff to now have a mental and pobysical exams

c. Chief Licata failed to properly notify plaintiff about the section 72 proceeding that she was forced to attend by being removed from inservice training on January 10 2020. Instead he notified the union who never notified me either.

d. Chief Licata retaliated and punished plaintiff for refusing to have a mental and physical exam because no facts were given and ever talked about. This issue went from medical to criminal.

e. Chief Licata would always ignore every stage 1 grievance I would file even though this is where he would schedule a meeting.

f. Chief Licata's illegal section 72 proceeding against plaintiff turned into the same many unwarranted 75's every 30 working days that had me on unpaid

Suspensions,

7. John Faso, Current Chief was Deputy Chief
   a. From day one at the start of this
discriminating act on November 18 2019
until the retirement of Chief Licata
Deputy Faso did take wrongful actions
that were discriminatory, retalitory
and placed plaintiff in a hostile work
environment. Chief Faso would be the
party (only party) who would force
plaintiff to return to work just to
suspend her again for refusing to
following his unlawful direct order.
This took place every 30 work days
without paid for over 22 months. Never
was there an investigation at anytime
or was it allowed when asked by plaintiff.
   b. Deputy Faso and Chief Licata
both knew about Gregory Spagnola's
two official police reports and knew
the first one was changed to harm
plaintiff. Deputy Faso and Chief Licata
allowed the lies and agreed with
officer Spagnola's report written against
plaintiff. Plaintiff truthful report filed

against officer Spagnola was put as
not true and probably thrown out. Why
was this misconduct okay.

c. John Faso and Chief Licata did
take plaintiff's issued duty weapon
for no reason and no explanation
was given. Plaintiff was also put on
administrative shift which removed
plaintiff from her assigned preferred
midnight shift. Let it be known that
plaintiff had to work for approx.
two weeks in December 2019 in
uniform to, at and from work which
did place plaintiff in unsafe conditions
at times while in uniform.

d. In January 2020 John did tell
plaintiff she could return to work after
suspension ended in February 2020. John
agreed with Corporation Counsel Mazur
at a later date and refused to let me
return to work

e. December 15 2021 Chief Faso knew
that I was not represented (supposedly)
and still had the unlawful section 72
proceeding/civil service 75 meeting that
I had to attend every 30 working days (unpaid).

Deputy Faso now prepared for a 75 hearing because I had no representation.

f. Plaintiff did represent herself on December 15 2021 at the section 72, civil service 75 meeting. Afterwards plaintiff did respond to all form 16's that she was given as well as answer the 75.

g. Deputy Faso (Chief at time) had a letter dropped off to me dated January 24 2022. The letter stated do not return to work on January 26 2022 but instead attend the scheduled March 2 2022 civil service 75 hearing. The letter also stated plaintiff would be removed from the current unpaid leave. Plaintiff never ask to be placed on an unpaid leave since 1998 for another matter. Plaintiff never before the January 24 2022 letter was told she was on unpaid leave. Plaintiff was told she was suspended without pay. Letter also stated plaintiff will be placed on administrative leave on January 26 2022 with pay but I was still not allowed at my place of employment.

8. Michael Corcoran, Captain at Niagara Falls Police Dept.

   a. Michael Corcoran is a person who has harassed plaintiff many times wrongly. Michael would take away plaintiff's approved overtime and give it to someone else. Micheal would then tell plaintiff that she pisses him off and to leave. I would also be told that there would be repurcussions.

   b. Micheal Corcoran would punish plaintiff for wrong actions made by other officers. One officer that should have been in trouble if anyone did not even get written up but instead promoted. This officers father was a captain at Niagara Falls Police Dept. at this time.

   c. Michael Corcoran became OPS Cpt. and in charge of the supposed discrimination, section 72 proceeding and 75's investigation. All Michael Corcoran did was complete every complaint against me from Chief Faso and agreed with his unlawful actions against plaintiff every day I attended the return to work, section 72 + 75 meeting that he did attend. also.

9. Michael Lee, Deputy Chief at Niagara Falls Police Dept

   a. Michael Lee never talked with plaintiff as he should about grievances that she was looking to file.

   b. Michael Lee never followed procedures with plaintiff or talked with brass or City about following proper grievance procedures that are within out collective bargaining agreement.

   c. Michael Lee lied about representing plaintiff at a (surprised for only plaintiff) section 72 proceeding that took place on January 10 2020.

   d. Michael Lee knowingly took away my 18 accrued days to pay me without my authorization which he needed. Michael Lee did this knowing I was collecting unemployment because Christopher Mazur and Chief Faso said I could not return to work in April 2020. The 18 days illegally taken took place from April 9th - May 4th 2020.

   e. Michael Lee knew that officer Gregory Spagnola had lied on an official police report that harmed plaintiff. Michael Lee did not mention

this during plaintiff's investigation meeting that he attended with her that I believe was on December 13 2019.

f. Michael Lee allowed plaintiff's uniform allowance of $1600.00 yearly, to be taken away. He said it with City that it was now part of my salary. No one would tell me how $1600.00 was part of my yearly salary and no one still has. This is because you cannot.

g. Michael Lee lied to a sheriff and did stop court papers from going to the right party. This was not looked at as wrong. Michael Lee is Deputy Chief and has been in law enforcement for years and mistakes like that should not take place.

h. Michael Lee agreed with the City and Niagara Falls Memorial Medical Center about working in unnecessary imminent danger with the mentally ill. The new policy that supposedly changed in March 2016 is the policy that caused a black mentally ill patient to be shot and killed

by a Niagara Falls police officer
and the mentally ill patient was
a patient seeking treatment who
had no charges. or The City of Niagara
Falls was sued and did pay for this
lawsuit. Why would you return to a
policy that allowed this. Plaintiff
learned last year the unsafe policy
applied to her which will be told when
speaking about Captain Vincent Granto.

10. Steven Kerfoot, Police Officer at Niagara Falls Police
      a. Steven Kerfoot is an officer for
the Niagara Falls Police Dept. and was
a union president like Michael Lee
who was union president who both
would work in conjunction with the
City and make it easier to facilitate
their wrongs.

11. Gregory Spagnola, Police Officer at Niagara Falls Police
      a. Gregory Spagnola falsified a report
about plaintiff to retaliate and cause
plaintiff harm which it did. This took
place after Gregory learned that plaintiff
was going to file a discrimination complaint

against him for the actions that took place on November 18 2019 by him. Gregury sided with a white racist violent prisoner after he witnessed her racial hatred discriminatory acts against plaintiff. This was a misconduct but it seems okay.

12. Captain Vincent Granto

a. Plaintiff was being forced to work in unnecessary imminent danger, with the mentally ill at Niagara Falls Memorial Medical Center in July 2019. by above Captain who was lieutenant at this time. As I had always been told a key that would allow officers to exit from locked rooms that held the mentally ill was never given to officers. Only the medical staff were allowed the keys. This is written by Captain Granto within the complaint against plaintiff. Well in 2021 was a Public Employee Safety & Health hearing involving plaintiff. Plaintiff learned and it is written that three white officers indicated they each had a key to be able to safely exit

the locked room they were placed in
with the mentally ill. I was told by
the then Chief (Dalporto) which is also
written to shoot them if I had to.

13. There are many more instances of
racism, retaliation that placed
plaintiff in a hostile work environment
that are continuing violations. Some
of the officers are Cpt. higammeri,
Freeman, Drake, Casale, Lt. Catalano,
Cirrito, Nichols, Ferchen, Petrishin,
DeMarco and Prior Chief Dalporto.
Some of the instances were forced
overtime, unfair punishment that
lead to permanent injury, forced to
work alone in a dangerous situation,
forced to work a post that no other
females had to, being told to get
the "FUCK" out of an office when
I was only trying to get a seniority
position I qualified for. The City
of Niagara Falls has caused much
harm to plaintiff financially and
professionally as well as causing
emotional stress. The City failed to

provide plaintiff with documents that
they supposedly were using against her
which plaintiff ask for through a foil
that Section 50-a states I had a
right to them but I was denied. The
City in an answer with a case with
NYSDHR stated that they were seeking
to have charges I filed against a
racist violent female prisoner dropped.
This did take place and charges were
sealed and lowered and I was not
allowed to be involved. The City
has failed to follow their discrimination/
retaliatory and hostile work environment
policy. All parties mentioned within
this complaint has used discrimatory/
retaliatory and abusive power against
plaintiff. They (City, John Faso,
Thomas Licata, Michael Corcoran, Michael
Lee and Christopher Mazur) have deprived
plaintiff of her rights and priveleges
of life and liberty guarnteed by the
Constitution of the United States
(14th amendment) with many actions that
the City took within this report. The
hostile harassing actions did place

plaintiff at times in fear of what actions will be taken against her next and always be felt as not being treated as an equal as should be.

14. Plaintiff is requesting the court to award punitive damages, nullify and void all negative actions taken against plaintiff that are unlawful and wrong.

22.   The date on which I first asked my employer for reasonable accommodation of my disability is _____
_____

23.   The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
_____
_____
___

24.   The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: _September 23 2022_   _Sanya Deiah-Brude_

                                          Plaintiff's Signature



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 06/28/2022

**To:** Sanja Drinks-Bruder
1032 97th Street
Niagara Falls, NY 14304
Charge No: 16G-2021-01030

EEOC Representative and email:      Holly Shabazz
S/L Tribal Program Manager
holly.shabazz@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: Charging Party wishes to pursue matter in Federal District Court.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Judy Keenan
06/28/2022
Judy Keenan
District Director

**Cc: City of Niagara Falls**
    Police Department
    1925 Main Street
    Niagara, NY  14301
    Attn: Director of Human Resources

Please retain this notice for your records.



**NEW YORK STATE** | **Division of Human Rights**

**ANDREW M. CUOMO**
Governor

**JOHNATHAN J. SMITH**
Interim Commissioner

April 6, 2021

Re:   Sanja Drinks-Bruder v. City of Niagara Falls, Police Department, Thomas Licata, John
       Faso
Case No.      10210873

To the Parties Listed Below:

        PLEASE BE ADVISED that the above-listed complaint has been amended.  A copy of
the amendment is enclosed herewith.

                                    Very truly yours,

                                    Debbie S. Kent
                                    Regional Director

TO:

Complainant
Sanja Drinks-Bruder
1032 97th Street
Niagara Falls, NY 14304

Respondent
City of Niagara Falls, Police Department
1925 Main St.
Niagara Falls, NY 14301

Respondent
Thomas Licata
City of Niagara Falls, Police Department
1925 Main St.
Niagara Falls, NY 14301

<u>Respondent</u>
John Faso
City of Niagara Falls, Police Department
1925 Main St.
Niagara Falls, NY 14301

<u>Respondent Attorney</u>
Christopher M. Mazur, Esq.
City Hall,  745 Main Street
Niagara Falls, NY 14302

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

SANJA DRINKS-BRUDER,

                                    Complainant,

                    v.

CITY OF NIAGARA FALLS, POLICE
DEPARTMENT, THOMAS LICATA, JOHN FASO,
                                    Respondents.

AMENDED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10210873**

---

Federal Charge No. 16GC101030

I, Sanja Drinks-Bruder, residing at 1032 97th Street, Niagara Falls, NY, 14304, charge the above named respondents, whose address is 1925 Main St., Niagara Falls, NY, 14301 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of race/color, sex, opposed discrimination/retaliation.

Date most recent or continuing discrimination took place is 1/8/2021.

The allegations are amended as follows:

**Three pages of additional allegations added, dated stamped received on April 5, 2021.**

**New York State Division of Human Rights**
**Employment Complaint Form**

Although workers, interns and volunteers of all ages are protected, you must be 18 years or older to file a complaint. A parent guardian or other person having legal authority to act in the minor's interests must file on behalf of a person under the age of 18

**1. Your contact information:**

First Name *Sanja*

Middle Initial/Name *K.*

Last Name *Drinks-Binder*

Street Address/ PO Box *1652 47th Street*

Apt or Floor #:

City *Niagara Falls*

State *NY*

Zip Code *14304*

If you are filing on behalf of another, provide the name of that person

Date of birth

Relationship

**2. Regulated Areas:** Check the area where the discrimination occurred:

(If you wish to file against multiple entities, for example employer and temp agency, please file a separate complaint against each.)

- [✓] Employment *(including paid internship)*
- [ ] Internship *(unpaid)*
- [ ] Contract Work *(independent contractor, or work for a contractor)*
- [ ] Volunteer Position

- [ ] by a Labor Organization
- [ ] Apprentice Training
- [ ] by a Temp or Employment Agency
- [ ] Licensing

**3. You are filing a complaint against:**

Employer, Worksite, Agency or Union Name

*City of Niagara Falls*

Street Address/ PO Box

*1925 Main Street*

City *Niagara Falls*

State *NY*

Zip Code *1430.*

Telephone Number: *( 716 ) 286-4711*          Ext.

In what *county or borough* did the violation take place?

*Niagara County*

Individual people who discriminated against you:

Name *Chief Licata, Thomas*          Title: *Chief*

Name *Deputy Faso, John*          Title: *Deputy Chief*

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*

The most recent act of discrimination happened on:   _**1**_   _**8**_   _**20.31**_
                                                     month   day   year

**5. For employment and internships, how many employees does this company have?**

- [ ] 1-14
- [ ] 15-19
- [✓] 20 or more
- [ ] Don't know

1
Complaint

**6. Are you currently working for this company?** *employed but not allowed to work*

| | Yes   Date of hire: | *1* | *29* | *1993* | What is your position? |
|---|---|---|---|---|---|
| | | month | day | year | *patrol officer* |
| | No.  Last day of work: *Allowed* | *1* | *10* | *2020* | What was your position? *demoted to secretarial work* |
| | | month | day | year | |
| | I was never hired. Date of application: | ___ | ___ | ___ | What position did you apply for? |
| | | month | day | year | |

## 7. Basis of alleged discrimination:

Check *ONLY* the boxes that you believe were the reasons for discrimination, and fill in specifics only for those reasons. Please look at page 2 of "Instructions" for an explanation of each type of discrimination

Age:
   Date of Birth: _____

Arrest Record

Conviction Record

Creed/ Religion
   Please specify. _____

Disability
   Please specify: _____

Domestic Violence Victim Status

Gender Identity or Expression, Including the Status of Being Transgender

☑ Race/Color or Ethnicity
   Please specify: *Black*
   Trait historically associated with race such as hair texture or hairstyle

Use of Guide Dog, Hearing Dog, or Service Dog

☐ Familial Status

☐ Military Status
   ☐ Active Duty  ☐ Reserves  ☐ Veteran
☐ Marital Status
   ☐ Single  ☐ Married  ☐ Separated
   ☐ Divorced  ☐ Widowed

☐ National Origin:
   Please specify: _____

☐ Predisposing Genetic Characteristic

☐ Pregnancy-Related Condition
   Please specify: _____

☐ Sexual Orientation:
   Please specify: _____

☑ Sex:
   Please specify: *Female gender*
   Specify if the discrimination involved:
   ☐ Pregnancy  ☐ Sexual Harassment

If you believe you were treated differently after you filed or helped someone file a discrimination complaint participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below: *As well as contacting others By trying but not able to with*

☑ Retaliation: How did you oppose discrimination: *Deputy Fosc or Chief Licata - filing this complaint*

If you believe you were discriminated against because of your relationship or association with a member or members of a protected category listed above, indicate the relevant category(ies) above, and check below

☑ Relationship or association

**8. Acts of alleged discrimination:** *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| Refused to hire me | [ ] Gave me a disciplinary notice or negative performance review | [ ] Denied my request for an accommodation for my disability, or pregnancy-related condition | Sexual harassment |
| Fired me/laid me off | ✔ Suspended me | Denied me an accommodation for domestic violence | Harassed or intimidated me on any basis indicated above |
| ✔ Demoted me | [ ] Did not call back after lay-off | Denied me an accommodation for my religious practices | Denied services or treated differently by a temporary employment agency |
| ✔ Denied me promotion/ pay raise | [ ] Paid me a lower salary than other co-workers doing the same job | [ ] Denied me leave time or other benefits | Denied a license by a licensing agency |
| ✔ Denied me training | ✔ Gave me different or worse job duties than other workers doing the same job | [ ] Discriminatory advertisement or inquiry or job application | ✔ Other *took benefits and to pay me immediately* |

2
Complaint

9. Description of alleged discrimination *See page 1 - 9 attached and following this page*

**Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.**

On 1/10/2020 I (Sanya Dunks-Bndel) returned to work after taking some time off. I was in a inservice training on this day. During the inservice training I was forced to go to a unscheduled unknown unrepresented meeting that I knew nothing about. When I arrived at Deputy Faso's office I was intimed by him it was a section 72 proceeding which I knew nothing about and neither did union president (Michael Lee) as he stated to me. continued after union stated they did not know what was going on but would give call to the union attorney (James Tuttle) who would handle it and also that I must continue, the meeting was to force me to call a mental and medical doctor that they chose for me to have medical exams the facts given are relating to the fact that I file many grievances. These were the reasons why the city (City of Niagara Falls) Chief Licata and Deputy Faso stated I need to have these exams and were unfit to duty. Let it be noted here that it is my right through the collective bargaining agreement to file grievances when a problem with my employment exist. I also have a right to deny to submit to any mental and/or medical exams when there are no true facts giving reasons why such exams are needed. Believing at the time I had to do so because of what the city told me and union I did make these unwarranted medical exam appointments I was then given paperwork from Deputy Faso and Michael Lee during this meeting which if needed I can provide you with copies which is Human Rights. On 1/10/2020 Deputy Faso gave me section

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

3
Complaint

2

72 proceeding law and would not
explain it as I asked him to and
also a copy of the facts that were
given to Niagara Falls Civil Commission
and Human Resources by both Deputy
Fasi and Chief Licata that had no
signature on it. Deputy Fasi told
me it was still a legal document.
Union president who was at the
entire meeting gave me a letter that
union attorney emailed to him that
had January 6 2020 date on it. I
learned after the meeting and reading
the letter given to me from union
president on 1/10/2020 that the
union did give the city an okay to
proceed with the section 72 proceeding
against me. Let it be known that
Michael Lee stated to me on 1/10/20
during the meeting taking place
that he did not know what a section
72 proceeding was. This is not true
due to the letter given to Michael
Lee dated 1/6/2020 that was from
union attorney James Tuttle. This letter
given to president Lee by attorney

Tuttle previous to the 1/10/2020 meeting and given to me by Michael Lee on 1/10/2020 stating the union was giving the okay to the city to take these unlawful actions against me which proves the union and Michael Lee had previous knowledge and discussions about section 72 proceedings which Michael Lee on 1/10/2020 claimed to know nothing about it. I also now knew that there is a conflict of interest with attorney Tuttle. Union attorney Tuttle whenever there was a issue with me and my union about grievances and/or disciplinary actions being improperly taken against me he has also represented the union against me when they deny me proper representation, How is this when I am a union member that he is representing? Union attorney Tuttle in a February 2020 letter he wrote to another attorney regarding me did finally admit this which I also have a copy of that he has a conflict of

2

Interest which stops him from
representing me. As of the date
of this complaint the union and
union attorney Tuttle tells me that
they are representing me. How?
No proactive actions by the union,
and/or James Tuttle has taken
place on my behalf which is almost
a year later. Union and union attorney
allowed the city not to follow
procedures and as the union and
union attorney are aware of this
is causing me financial hardship
because I have not been able to
return to work since 1/13/2020 although,
Deputy taso had stated I could
on 2/22/2020 to both me and the
union. The union allowed the city
to force me into this unlawful
section 72 proceeding without
representation because they all knew
of it going to take place and did
not inform me prior so that I could
be prepared as all knew I was
not represented makes it an unlawful
procedure (Section 72 proceeding). The

4

union and union attorney in February 2020 gave me an attorney that was for representing on section 72 proceeding which was over a month after representation was needed. The attorney has also taken no actions regarding the section 72 proceeding to defend me in anyway. I was then surprised in July 2020 to learn by his own statements that the union and union attorney had told him he was limited in representing me which still has not been explained to me. I was told this in July 2020 because I needed his help when I filed an application for injunctive relief. After it being filed no one would represent me as I had been told I was represented for section 72 proceedings. Also the union and union attorney told this attorney that he could not represent me in any affirmative action issues which I would have used with your agency (Human Rights) involving case no. 10.205-717. The union and union attorney still

5

have not from 1/10/2020 (or previous) until now has represented me and this is because I am a black female. Major example was case 10265717 that was with your agency. I was never spoken with from your agency which also refused to collect the evidence that was needed and that the city refused to give to me or the union refused to get to me. So the proper conference and collection was never completed as it should have been by Human Rights which gave no rights to me or case no. 10265717. The union continues to ignore all my work related issues always and agrees with the city all allows improper disciplinary actions to be taken against me. Now I am being forced as told by the union attorney in September 2020 (first time we spoke ever about his representation for me through a voice conversation) that I must wait on the city (Christopher Mazur, Esq) before any actions by

union could take place even though my family has been placed in financial harm. The union and the city are willingly working in concert with one another to cause me hardship and to force me into retirement which is a criminal act. All these improper actions were completed by union and city who are white males and white females including the union who is a white male. Let it be known that I only spoke with union president Michael Lee about union issues as no other union officer would speak with me relating to this up to this date 1/8/2021. No one has ever been put through the unlawful disciplinary actions as I have been and the union allows it without representation in the 27 years I have been employed. Especially when I did nothing wrong that allows any disciplinary actions to be given against me. The only reason again is I am a black female that has and will write

a complaint/grievance when I must which is all the time because I am always ignored by the city and the union. All these unlawful actions have also been told and given to PERB (plus more) that started in 2019 and they have not been fully addressed yet which also allows improper actions to be allowed by the city and union. Again due to no proper actions by NYS Human Rights with my previous complaints (discrimination) the discrimination is allowed to continue against me that is now effecting my children. I am not to duty and nothing the city or union has given to me shows I am not at to duty, need a mental and medical exam or does not need representation for these improper unlawful actions. The city has taken unlawfully actions against me. They have forced me into disciplinary meetings without informing me first so that I could be prepared for what would be taking

place. Well on 1/10/2020 this did not happen and therefore it was an unlawful and unethical procedure. The city has failed to follow proper procedures for disciplinary actions and/or for grievances which continues their unlawful actions against me. The city is aware of the financial hardship that this unlawful section 72 proceeding has placed me in. In fact the city is willingly and purposely causing this financial hardship that will force me to retire and not to take it to a scheduled hearing as the city is suppose to so the facts, evidence etc. can be seen, known and determine if this is a valid proceeding that took place by the city. The city is causing a criminal act purposely to cause me financial hardship which the union is also allowing. The facts that the city is basing their opinions and actions on are unlawful, because the rights I have in the collective bargaining agreement, the

"7

actions that took place started
after a racial complaint mentioned
prior was filed by me. So this
is now continued discrimination/retaliation,
racial actions by the city towards
me because I am a black female
who continues to oppose discrimination
by filing complaints because no one
ever listens when I do speak about
it. I file because only the harassment,
intimidation, unlawful unethical actions
are only taken against me because
I am a black female and those
taking these actions against me
are white males. The word of any
white male or female has always
been taken as fact without proof
and my word which has proof has
always been ignored and stated
as lies.

Due to the time frame of the start
of this discrimination there is to much
to list at this time and can be discussed
during the scheduled conference and/or
hearing that will be made by Human Rights
to properly investigate this complaint.

**Notarization of Complaint**

...d on the information contained in this form, I charge the herein named respondent(s) with an unlawful ...criminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.(If you have another action pending and still wish to file, please contact our office to discuss.)

**PLEASE INITIAL** _SdB_

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_Sonya Dirik-Brude_
Sign your full legal name

```
JEFFREY W ANACLERIO
Notary Public - State of New York
NO. 01AN6406258
Qualified in Niagara County
My Commission Expires Mar 23, 2024
```

Subscribed and sworn before me
This _8th_ day of _January_, 20 _21_

Signature of Notary Public

County: _Erie_          Commission expires: _03/23/2024_

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

1

Sanja Drinke-Bruder
1032 97th Street
Niagara Falls NY 14304
March 2 2021

RECEIVED

MAR 0 4 2021

NYSDHR BUFFALO
REGIONAL OFFICE

Division of Human Rights
65 Court Street Suite 506
Buffalo NY 14202

Debbie Kent Regional Director,
Case No: 10210873

I am a Niagara Falls Police Officer
and have been for 28 years. A crime
did take place with one of the
officer's I work with against me.
The crime effects my W2, unemployment
and career. I did try to correct this
with the City of Niagara Falls for sometime.
No one would take actions in correcting
this through the City of Niagara Falls,
Niagara Falls Police Dept or Niagara Falls
Police Club (union). After finally getting
my incorrect 2020 W2 in January 2021
I decided that charges needed to be
filed. I did go to the Niagara Falls
Police Dept. to file charges and gave
a written notarized supporting deposition
before filing the complaint but was to
be attached with the charges. When going
to get a copy of the complaint with
the charges I was told by the desk

Page 1 (continuing is on page 2)

Case 10210873

2

lieutenant on that day that no charges were on the report. So the Niagara Falls Police Dept. is not allowing me to file charges that I wanted to when filing the report on 2/12/2021 that I thought was taking place. Now I am not allowed to file a felony charge against a white police officer who has committed a crime against me because I am black and the party who is not allowing me to file charges is also a white male that allows the crime to take place against me because I am a black female.

Sanya Dirks-Bruder

1

Sanja Drinks - Bruder
1032 97th St
Niagara Falls, NY 14304
June 22 2021

Gretchen Sullivan - HRights
NYS Division of Human Rights
65 Court St Suite 506
Buffalo NY 14202
Re: case 10210873

Hello Gretchen,
   Also an important point I need to
write and add to case 10210873 is that
the unlawful 72 as well as other wrong
actions were violations of my due process
as well as violating the 14th amendment
of the US Constitution. This was
written separately because it only
involved and needed to be added to
case 10210873 (City of Niagara Falls,
John Faso and Thomas Licata)

                Sanja Drinks Bruder

Sanja Drinks-Bruder
1032 97th Street
Niagara Falls NY 14304
June 22 2021

Gretchen Sullivan - Hights
PYS Division of Human Rights
65 Court Street, Suite 506
Buffalo, NY 14202
CASES 10210873 and 10210874
Hello Gretchen,
   As I have told you in the past
from day one with my complaint the
city and union have taken away
my benefits that I am entitled
to without my approval which they
must have to have did what they
did with my accrued days that they
never had during the time they took
them away. This is in relation to
my accrued days I received and
were taken away without my approval.
From day one until May 2021 the
city and union stated they were
correct in taking away my accrued
days. Well in April 2021 I did again

2

try to take constructive dismissal
that is discussed as a separation
agreement. Well during the separation
agreement the union acknowledged
as well as the city that what they
did by doing and being allowed was
known by them to be incorrect. Again
the falsehood by the union and city
shows in the following ten emails
that I have attached the spin
the city and union continuously
try to promote. The city and union
did and allowed the unlawful
actions to take place against me
to stop my income (for now over a
year and a half and continuing). The
union and the city has failed to
take or allow any proper actions
to move forward to progress this
matter forward as is mandatory.
Now the city also continues to
stop me from retiring by taking
away benefits I am entitled to
and the union allows this. The
City and union are acting discriminatory
against me by not following proper

3

procedures which they do not do
with white parties.
    Plain and simple, (regarding accrued
days being used) there was no misunderstanding
when the correct information is fully
known by all parties which included
myself, Mechael Lee, Deputy Faso,
Lt. Cirinto, Christopher Mazur and
Robert Boreanaz. The important email
to look at is the one dated June 8 2021
from Christopher Mazur to James Tuttle.
This is something Christopher Mazur
made up to cover a lie for the city,
especially when they (all mentioned above)
were all told again (by complainant)
what was being done with my accrued
days were wrong after the first pay
was recieved and it continued during
two more bi-weekly pay periods. Mr.
Tuttle during a conversation regarding
a separation agreement stated how
would the city rectify what they
did. In proper representation for me,
the union would make the city correct
what the union president did with
the city which was falisfy records

4

with the city of Niagara Falls. Mr.
Tuttle did also talk about me getting
days back but things changed after
it was known I also wanted my
benefit 341(j) from NYS retirement
that all other white retirees get, So
how is this a misunderstanding. Let it
be known never did I believe I would
not be paid for April 9 - May 4 2020.
The reason why is because I was to
get paid by the state through unemployment
because of the claim I did apply for
because the city (Deputy Faso and
Christopher Mazur) told me I could
not return to work on April 9 2020. as
I expected to and had been told I
could in January 2020. It was implied
that the city would move forward with
the separation agreement if I admitted
that this was a misunderstanding and
if I did not the city would not deal
in good faith towards a separation
agreement. The separation agreement
was still being worked on until another
benefit that I and some other
qualified employees are eligible

5

for was being denied to me. This is
the 341(;). Both the union and city
(Christopher Mazur) stated that they
do not believe I get this benefit
which is not true but I will have
the union president (Steve Kerfoot)
look into it with human resources.
He himself does not qualify possibly
but should know that I do. These
actions are all discriminatory and
retaliatory against me and again as
said previously many times this
does not happen to any white parties
and escalated after the racially
discriminatory/hatred acts which
took place on November 17 2019 by
the city, a white female prisoner
and the court. I ask you (Gretchen)
to tell me and or show me any
proof that the city has given you
to show they have legal reasoning
to make me suffer financially when
I have done nothing wrong and no
proof has been given to you showing
that. No where have they proven
I am unfit for duty medically or

6

mentally as they state. Yet I and
my family is forced to suffer because
of no hearings and I have been
sentenced without proof and this
is because I am black and it
is being allowed by all white parties.
This is a financial and occupational
lynching.

Where is the concern for me who
is the black victim that was discrinated
against in November 2019 not the
city, the white female prisoner or
the courts. The city actions are
repulsive when my being upset about
a discriminatory racial hatred incident
that took place against me which is
a normal reaction is used against me
by the city as a mental disorder
after the November 17 2019 racial
incident took place.

Now will they (city and/or union)
attempt to fabricate a document
explaening their actions only after
your inquiry like what seems to be
their apparent practice to deceive
and negate their discriminatory

7

and retaliatory actions. You have seen by evidence provided to you that what is stated above is entirely feasible as documents are inconsistent and the city's reluctantly to provide evidence. The fact that Michael Lee (union president) is responsible for the criminal act (you want paperwork on) and the union actions as to not representing me, then representing me, then not representing me, then representing me shows complicity between the city and the union and their desire to be discriminatory and evasive against me by all white parties against me who is a black person. The actions the city and union has placed on me because I am black has never taken placed against any white party. Let it be known that above I wrote (you want paperwork on) is something I was trying to get but the city did not allow me who is a police officer to file any charges as mentioned before.

Aurja'Nish-Bruce