United States District Court
Western District of New York

Case No. 22-CV-

Sanya Drinks-Bruder
             Plaintiff

vs

City of Niagara Falls, et al,
             Defendants

UNITED STATES DISTRI
FILED

MAR 27 2023

MARY C. LOEWENGUTH C
WESTERN DISTRICT (

Motion opposing Memorandum of Law
in Support of Defendants' motion to
Dismiss in Document 15-1

First off I must say that I (Sanja
Drinke-Bruder) am a pro se plaintiff, but
should not be. I have been denied
many civil rights that included me
being fairly represented and/or allowing
it. I am and have been proofing facts
which does have proof. The proof I was
and will provide is during discovery. I
have not written most of the harassment,
retaliation, adverse actions and hostile
environment that are under discrimination.
The reason why is what I have stated
previously is it would be over 300 pages
which would include documents, recordings
providing the proof and these many pages
are not allowed as well.

Mr Hickey (defendants' attorney) from
document 15-1 says in his own words that
I am in a protected class on page 1, He
therefore admits to knowing this, I
have provided facts and truthful statements
that are not gripes but are retaliation,
harassment, adverse actions that are
severe and pervasive against me. This
is discrimination. The facts are supported
by the actions of the defendants who
are all white against me who is a black
person. These actions plus many more by
supervisors, the City of Niagara Falls and
coworkers are more than simple gripes.
They are severe and pervasive and has

caused me major harm professionally, emotionally and financially which has placed me as a prose black plaintiff unlike all the current defendants who are white are represented by the backing of the City of Niagara Falls and/or the Niagara Falls Police Club. A fact here is that it is known that the City of Niagara Falls/John Faso and Thomas Licata violated my due process under the color of law on January 10 2020 and continued to. Other defendants mentioned also acting under the color of law within my complaint did wrong and the actions was known as wrong. But again unlike plaintiff who is black and always discriminated against the white defendants ALWAYS received PROPER representation like now.

Mr. Hickey also says I did not provide enough details on my complaint. I did what I believed #19 on the discrimination complaint said to do which states to be "as briefly as possible the facts".

NOW Regarding Arguement
A.-F. on document 15-1
Mr. Hickey' arguements are untruthful and are of opinion and do not constitute any bases for dismissal of any or

is only saying my truthful facts lack truth.
Mr. Hickey has no facts, evidence or proof
in his argument showing or proving that my
facts are untruthful. I did not provide
more evidence as I stated earlier and
prefer not to give any evidence more than
I have unless it is within the court during
discovery. Another important fact is that
the City of Niagara Falls and the Niagara
Falls Police Club threaten me by telling
me if I did not drop my complaints and
just retire I would lose benefits plus
my medical insurance for myself and family.
I did agree with them that medical insurance
and other benefits for me and my family
are important. So I did try to retire and
drop my complaints but the fact is I
was black and not allowed what the
white employees were given if they would
retire which is what was allowed by
another white employee who had a
lawful section 72 proceeding and agreed
to retire. I have evidence showing
this which can also be told to you from
my supposed attorney Mr. Boreanaz
who is now representing three defendants
within complaint 22-CV-00725.
    When I filed my first complaint (
which is not this one within Federal court)
I asked what was needed from my
New York State Division of Human Rights (NYSDH
case involving the paperwork. I was told

to only give the right to sue letter and the
original complaint which I did. I believe
it needs to be known that there are
many more documents including rebuttals,
responses etc. that I was told was not
needed for my cases which I find is wrong.
The reason I am saying this is because
NYSDHR believed there maybe probable
cause against the City of Niagara, etc.
I had waited from January 13 2020
until April 2022 for settlement hearing
with NYSDHR and the City of Niagara
Falls to take place. This settlement hearing
did not work because instead of just
the discrimination hearing as was told
it also involved a global settlement
that must take place between myself
and the City of Niagara Falls. I
refused a settlement because I did
not know what a global settlement
was. This resulted in me not being able
to retire again. Due to financial
hardship at this point I could not
wait until the probable cause hearing
which would not be scheduled until
after (January 20 2023) but late December
2022 or longer was said by the
NYSDHR judge. My case falling under
the continued doctrine made me
okay with time but not with finances,

t

I plaintiff do ask the courts for an allowance of an oral arguement by trial. This would be fair to all parties and allow all facts, evidence to be presented fairly. Especially because there is no statue of limitation regarding the discrimatory actions against me because of the severe and pervasive continuation of discrimation. I have suffered a great magnitude. I have been put in unecessary imminent danger and I have proof that the white officers unlike me were not put in the same danger doing the same post. I have been placed in freezing cold unnecessairly and wrongly as punishment for hours that did cause me to have medical treatment through workers compensation that caused me permenant injury to my hand from a severe frostbite. I was forced to work alone in a dangerous situation and was denied back up/assistance when it was available but not for me, I was written up for not being able to direct traffic alone on a rainy morning rush hour traffic at a five lane highway with two intersecting roads. I was written for allegedly putting white male officers lives in danger but there was no concern about my safety a black female officer. No officer evers works a dangerous post like this especially when I was forced in overtime and had the highest seniority within the shift.

/

Another important fact is that Christopher
Mazur (defendant) is the City of Niagara
Falls attorney (city employee) Christopher
is also in charge of the discrimination
committee who has failed to EVER speak
with me on any complaint I filed with
the city for discrimination. The complaint
would just be ignored. Christopher's
response to NYSDHR about why he never
responded to my complaint was the
City of Niagara Falls has a discrimatory
policy and therefore we do not allow
discrimination. Mr. Mazur is also stage
two of the Niagara Falls Police Club
grievance procedure. He is the person
who the grievance is sent to to be
addressed if action is not satisfied
in stage one, Mr. Mazur never followed
procedures of stage two for me. Stage
two was always ignored by Mr. Mazur
unlike white parties who would file
grievances. So stage one would be
ignored by the Chief (and the union
would allow this). Then stage two by
Christopher Mazur and it would move
to New York State Perb. Perb would
allow the arbitrary, bad faith and
discrimination actions to take place
against me. Perb prior but in 2021
gave me proof they denied me due
process on many improper practice

Charges. Mr. Mazur did violate section 1983 because he acted with governmental officials in violating federal laws by allowing the discrimination, being discrimatory and himself not giving me due process. This is just the start of what the discrimination I have had to endure. I had seniority over many I was denied everything while all other white employees who requested would receive it even if I had seniority. I have been told to get the "FUCK OUT OF MY OFFICE" when I told the truth. I was told I would get reprecussions and I was pissing him (a lieutenant) off so I needed to leave the room. Again I was telling the truth. Everytime I told the truth I was punished and not treated fairly or equally. I deserve equal rights but never got them and this is why we have these cases. This is a serious matter that involves me and my entire family. I am continuing to suffer because of wrongful discriminative harassing actions taken against me. Nat'l R.R. Passenger Corp. v. Morgan, 536 U.S. 101 (2002),
    I plaintiff am covered under title VII as well as 42 U.S.C. 1983 and the continuing doctrine violation rather the continuing violation doctrine. The City of Niagara Falls failed to give me due process on January 10 2020

by using the color of law which was an
adverse action because I started I was
going to file a discrimination complaint
against the Niagara Falls Police Dept on
December 5 2019 when I was called to
the chief's office (while I was at headquarters
off duty) to talk about a November
18 2019 discrimination claim I had with
a prisoner and my Coworkers. I was told
to see a mental doctor. I said I was
okay and needed no mental health
evaluation. I stated I have been called
a nigger before by inmates, citizens
and dealt with it. It is when your Co
worker is involved with it that it is
different. To understand this he was told
you had to be black. I then left his
office.

On December 13 2019 I then had a
hearing that was from a write up
by officer Spagnola (defendant within
this case) who was a party that did
discriminate against me on November
18 2019. The write up against me was
saying that what I said to the
white female prisoner caused her
to take the physical actions against
me which if she had aimed better
could have caused me serious injury.
This is what Spagnola wrote but
it was not true. It was only

written in retaliation because I was
filing a discrimination complaint against
him. There is a police report Spagnola
wrote saying the truth of what happened
on November 18 2019. There is another
report Spagnola wrote in December 2019
changing what he said in November 2019.
Spagnola lied and the chief and Deputy
Chief stated that what Spagnola
stated was found true about me and
that what I stated against him was
unfounded. His report about me went
into my personal file. My report about
him for discrimination was ignored
and no one ever talked to me about
it. Again it was ignored with the
evidence against him. This was because
he was white and I am black. The
charges that I placed against the
prisoner with my brass in November
2019 I found in January 2021 that
charges had been sealed and covered
by the City of Niagara Falls court.
I was never able to go to the courts
and threaten if I tried so I did
not. I was told that I could only
go to the courts if I was contacted
which again violated my rights. The
City prosecutor was faxed and mailed
letters from me to contact me and
that the City of Niagara Falls was

11

denying me the right to come to the
court unless he called me. The city
prosecutor never did contact me. I
also found that the City of Niagara
Falls asked that all charges be dropped
against the racist prisoner and they
were. How much more severe and
pervasive needs to be said. Every day
I went to work I was discriminated
against in someway. All I tried
to do was defend myself and all I
got was unfair treatment when I
tried. Michael Lee knew what Spagnola
did and agreed with it, Just like
Spagnola knew what Michael Lee
did to me and agreed with it. All
these actions were under the color
of law. These are facts. I am asking
this court to provide justice to me
for the unlawful discrimatory actions,
willfully and calculated forced upon
me. Everytime I was ordered back to
work affter the first unlawful 72
proceeding it was not in fact back to
work as I was told. See Exhibit A
it letter stating suspension ends and a
date to return to work. After I
would return to work on the return
date instead I was given a unlawful
72 proceeding and I would refase an
order to have a mental and medical
one because I was never given the

reason why that were truthful. It was only the same four page paper stating allegations with no name, date, times etc. and no one would talk to me ever about this four page paper. Each time I believed I might be returning to work this time It was not. On the day I would return to what I believed was Work instead after one question and me only allowed to say yes or no (which I did say a little more) I would be suspended unlawfully again and Exhibit B (Officer complaint's ($) and attached with it is my 7 page response to it that I wrote and mailed in later. I asked for the 72 proceeding information by foil and in person and both times it was denied. Again I ask the court to move forward and pursue this case in the name of justice and equality and not fall pray to the untruthful spin of the defendants with their attorney Mr. Hickey. The defendants are guilty. This is evident beyond doubt and they must be held accountable for their willful, unlawful unconscionable acts of grievous discrimination.

What I plaintiff/complainant Dunks-Bruder am seeking is but not limited to:

- Be allowed to retire with full benefits

- Expunge Decertification that was a adverse action
- monetary Compensation for emotional pain and Suffering
- All legal actions to cease and desist by all parties involved in any way.

I also asked that I am allowed to amend this complaint if needed.

Sasya Deirdis-Bruker

# City of Niagara Falls Police Department

Deputy Superintendent John Faso
Niagara Falls Police Department
1925 Main Street
Niagara Falls, NY 14305
716-286-4533



Officer Sanja Drinks-Bruder,

This letter is to serve as notice that as per our meeting this morning and per Chief Licata, you are suspended without pay for a period of thirty (30) days to begin on October 21, 2020 and end on December 2 **_YOU ARE TO RETURN TO WORK ON December 2, 2020_**. As per general order 116.00, in those instances whe discipline penalty includes a period of suspension without pay, Department policy requires the individual to the penalty was assigned to serve the specified time period of suspension without pay. Under no circumstan shall personnel be permitted to surrender or "trade" accumulated leave in lieu of actually serving the impos period of suspension without pay. Additionally, the imposed period of suspension without pay shall be serve consecutive workdays. This rule ensures consistency in the application of penalties. If a suspension without p falls on a holiday, personnel shall not be given consideration as to holiday pay or compensatory time.

# NIAGARA FALLS POLICE DEPARTMENT
## OFFICER COMPLAINT REPORT

Complaint Name: Superintendent John Faso

Sex: M        PRINT      Race: Caucasian

Address: 1925 Main St        City: N.F        State: NY    ZIP: 143

Phone: (716) 286-4711    HOME    (   )    -    CELL    Email:

Officer's Name: Sanja Drinks-Bruder

**Nature of Complaint:**

NFPD,Rules of Conduct- 115.00, 8E and 8F.  (8)Unbecoming Conduct. (E) Members shall not be insubordinate.  (F) Members shall not willfully disobey rules, regulations or orders.

On Wednesday September 22nd 2021, Officer Drinks-Bruder was ordered by NFPD Superintendent John Faso to undergo a medical and mental health evaluation to determine whether officer Drinks-Bruder was fit for duty as a police officer. This action was approved by the city of Niagara Fal Civil Service Commission as well as the city of Niagara Falls Human resource department. Officer Drinks-Bruder did refuse the direct order given to her by Superintendent Faso. This is the fourteenth time officer Drinks-Bruder has refused to follow the direction given by Superintendent Faso and the C service commission requiring her to submit to the evaluation before returning to work. Officer Drinks-Bruders actions are in direct violation of the rules and conduct of the NFPD as stated above.

Reporting Person: Captain J Michael Corcoran

Location of Alleged Incident: 1925 Main st, N.F. NY

Date of Incident: 09 \ 22 \ 2021        Time of Incident: 0815 \ \
Date Report Turned In: 09 \ 22 \ 2021     Time Report Turned In: 0830    AM

Witness: Superintendent Faso        Phone: (   )    -    HC
Address: 1925 Main St            Phone: (   )    -    CE

Witness: _____        Phone: (   )    -    HOI
Address: _____        Phone: (   )    -    CEL

X _____              X _____

Signature of Commissioner of Deeds / Notary Public Expires    Signature of Reporting Person – Date of Birth
                                   Signed to and Subscribed Before Me:
                                   This Day of        . 2011

# NIAGARA FALLS POLICE DEPARTMENT
## OFFICER COMPLAINT REPORT

**Complaint Name:** Superintendent John Faso

PRINT

**Sex:** Male          **Race:** Caucasian

**Address:** 1925 Main Street          **City:** Niagara Falls     **State:** NY     **ZIP:** 14305

**Phone:** (716) 286-4711          **Email:** _____

HOME          CELL

**Officer's Name:** Sanja Drinks-Bruder

**Nature of Complaint:** Rules and Regulations of the Police Division of the City of Niagara Fal
Article 1. Section 6- Deportment and Conduct
    1. Officers shall conduct their private and professional lives with dignity and in such a ma
to avoid bringing the department into disrepute. No officer shall act in any manner or perfo
any act that is prejudicial to the good order, discipline or reputation of the department, de
whether said act is specifically prohibited by any rule or order. They shall maintain a loyalt
the department and tier associates as is consistent with the law.

Article 7. Section 1 – Rules of Conduct
    1. Any officer violating his oath and trust by committing an offense punishable under the
or statutes of the United States, State of New York or city of Niagara Falls or any officer
violating any provision of the Rules and Regulations or General Orders, disobeys any lawful
order or is incompetent to perform his duties, is subject to appropriate disciplinary action.

**Reporting Person:** Captain J Michael Corcoran

**Location of Alleged Incident:** 1925 Main Street

**Date of Incident:** 09 \ 22 \ 2021          **Time of Incident:** 08:15hrs
**Date Report Turned In:** 09 \ 22 \ 2021     **Time Report Turned In:** 08:30hrs

**Witness:** Superintendent Faso          **Phone:** (_____) _____-_____ HO
**Address:** 1925 Main Street             **Phone:** (_____) _____-_____ CEL

**Witness:**                              **Phone:** (_____) _____-_____ HOM
**Address:**                              **Phone:** (_____) _____-_____ CELL

x_____          x_____

Signature of Commissioner of Deeds / Notary Public Expires          Signature of Reporting Person – Date of Birth
                                                                    Signed to and Subscribed Before Me:
                                                                    This Day of          , 2011

x_____
Print Commissioner Name & PR#

*Rev. OCT 21,*

# NIAGARA FALLS POLICE DEPARTMENT
## OFFICER COMPLAINT REPORT

**Complaint Name:** Superintendent John Faso

PRINT

**Sex:** Male          **Race:** Caucasian

**Address:** 1925 Main Street          **City:** Niagara Falls          **State:** NY          **ZIP:** 1430

**Phone:** (716)286-4711          **Email:** _____

HOME          CELL

**Officer's Name:** Sanja Drinks-Bruder

**Nature of Complaint:** Rules and Regulations ctd....

2. Any officer of the department may be discharged or suspended from the department, may be subject to reprimand, reduction in rank or other disciplinary action, pursuant to provisions of current collective bargaining agreements and article 75 of the New York State Municipal Law, upon being found guilty of:

a. Disobeying any lawful order, or insubordination

k. Conduct detrimental to the good order of the Police Department or that which br discredit upon the Department, or

n. Conduct unbecoming an officer

On Wednesday September 22, 2021, Officer Drinks-Bruder did disobey a direct order which given by Superintendent Faso. This order was lawful and proper and upon disobeying that order, Officer Drinks-Bruder did violate the aforementioned Rules and Regulations of the Po Division of the City of Niagara Falls NY.

**Reporting Person:** Captain J Michael Corcoran 16514

**Location of Alleged Incident:** 1925 Main Street Niagara Falls NY 14305

**Date of Incident:** 09 \ 22 \ 2021          **Time of Incident:** 08:15hrs

**Date Report Turned In:** 09 \ 22 \ 2021          **Time Report Turned In:** 08:30hrs

**Witness:** Superintendent Faso          **Phone:** (_____) _____-_____ HOM
**Address:** 1925 Main Street          **Phone:** (_____) _____-_____ CELL

**Witness:**          **Phone:** (_____) _____-_____ HOM
**Address:**          **Phone:** (_____) _____-_____ CELL

x_____          x_____

Signature of Commissioner of Deeds / Notary Public Expires          Signature of Reporting Person – Date of Birth
Signed to and Subscribed Before Me:
This Day of _____, 2011

x_____

Print Commissioner Name & PR#          *Rev. OCT 21,*

9/29/30

Response to officer complaint dated 9/22/2021
115.00 8E and 8F

Response to complaint written by OPS Cpt.
Corcoran from Chief Faso given to me
by Cpt. Corcoran the section 12/suspension
meeting that was on 9/22/2021. I will still
contend that the reasons given by the City
(at time) Deputy Faso and Chief Licata for
their insistance of me submitting to a
mental and physical evaluation are a breach
of the CBA and therefore is unlawful and
warrantless, therefore the continuing statement
that I am not fit for duty is not true.
Also no proper hearings have ever taken
place for the disciplinary meetings which
I am told I am not / I am represented
by the union but in fact I am not properly
represented. I am still ordered to attend
these meetings. I also did not ever disobey
a legal direct order given by any supervisor.
              Sec 2 Page adden
              attached which is a
              total of 3 pages written
              also with response/determina

Addendum (9/29/2021)                9/22/2021

On 9/22/2021 it was the first day my
children could attend school because of
CDC travel restrictions. Due to this I
did have to drop them off at school
because of not knowing the correct bus
which was going to make me a little late
to the 8:00 am scheduled meeting. I did (te
call and informed the union president
Steven Kerfoot. I arrived at 8:10 am and
did leave my daughter in the car because
she had to go to NCSD to file a rape
report because I did not want it filed
at Niagara Falls Police Dept. I was told
to come inside and I did go and waited
in the lobby. It was 8:35 am and I was
still in lobby so I did inform my daugh
who was waiting on me that I was unsure
of what was happening and if she needed
help to contact her dad. Approx. five
minutes later the union president
let me in from the lobby and we (
union president, Cpt. Corcoran, Deputy
Faso and myself went to the line up
room to start the meeting. The same
question was asked by Deputy Faso to
me after Cpt. Corcoran made the
opening remarks. I gave my same
response that was no, I will not follow
a unlawful direct order. Cpt. Corcoran
mentioned that they had other matters and becaus
I was late they took care of them first
and that next time to contact sooner. The

meeting did end any both me and my
daughter did head to Lockport to file
a report, het it be known that while
I was waiting in the lobby before the
suspension meeting that an officer did
see me and gave me my paystub
that was from the last suspension meeting.
I had to attend on August 11 2021. So
I guess the city will not mail my
pay stubs to me as they should and
the paystubs and any other important
information someone from NFPD must
give and/or inform me now.

Anya Unik-Bruder

**Officers Response:**

Response to 115.8E and 8F  9/22/2021 and 2 page addendum

Signature: [signature]                                    Date: 9 \ 29 \ 21
Print: Saya Drinke - Bruder

---

**Supervisor's Determination:** ( ) Sustained  ( ) Not Sustained  ( ) Exonerated  ( ) Unfounded  ( ) Policy Failure

Inv Start Date: _____ \ _____ \ _____                    Inv End Date: _____ \ _____ \ _____

Report: _____
_____
_____

Action Taken: _____
_____
_____

Supervisor: _____          Date: _____ \ _____ \ _____
Signature: _____
Print: _____

---

**Unit Commander:**     ( ) Concur with Supervisor  ( ) Other

_____
_____

Supervisor: _____          Date: _____ \ _____ \ _____
Signature: _____
Print: _____

---

**Administrative Captain Determinations:**     ( ) Concur with Unit Commander  ( ) Other

_____
_____

---

**Superintendent's Determination:**     ( ) Concur with Administrative Captain  ( ) Other

_____
_____

( ) Refer to OPS

Signature: _____          Date: _____ \ _____ \ _____
Print: _____

---

**Distribution:** ( ) Superintendent     ( ) Administrative Captain     ( ) Unit Commander
                 ( ) Supervisor          ( ) Individual                ( ) Personnel

~ 2 ~

9/29/2021                                          9/22/2021

Response to Page 1 of complaint report
dated 9/22/2021

Art 1 Section 6

The improper and unlawful activities by
the NFPD (city) themselves are the ones bring
themselves into disrepute. The NFPD (city)
has not honored the CBA contract, nor th[e]
proper policies and procedures. The NFP[D]
(city) acts in manners that are prejudi[ce]
toward me. A known fact is when the
NFPD (city) did state they wanted charges
dropped from a white racial hatred priso[n]
that I charged and proof was given w[ith]
two on duty officers who were white th[at]
did witness this. Now as of January 13
2021 I am told that without involving m[e]
the charges I placed against defendants
(white female) where I was also a victim
has sealed charges and/or charges were low[ered]
by the Niagara Falls City Court and prosecu[tor]
Another fact is that the NFPD (union, city)
allowed one of the officers spoken about
above who is a union negotiator to lie abou[t]
this racial incident after his original repor[t]
(written) and no actions were taken against
him.

Art 7 Section 1

1. I have not ever disregarded or disobeyed
any lawful order or has any facts been giv[en]
to writer that states I am incompetent
to perform my duties.

Page 2 of officer complaint dated 9/27/20:
Act 7 Section 1.

2. Once again the NFPD (citz) are statin
that penalities are warranted when not
following agreements and laws. So there
when the NFPD (citz) does not follow
agreements and laws as they stated - th
are the ones who are incompetent to
perform their duties and subject to
disciplinary actions. The direct order
given again by Superintendent Faso to
writer is not a lawful order and there
that is not conduct unbecoming.

See attached response/determination sheet

**Officers Response:**

Response to Art 1 Section 6 * Art 7 Section 1 * 1 and 2

Signature: _Sanja Drink - Bruder_   Date: 9 \ 29 \ 21
Print: _Sanja Drink - Bruder_

**Supervisor's Determination:** ( ) Sustained  ( ) Not Sustained  ( ) Exonerated  ( ) Unfounded  ( ) Policy Failure
    Inv Start Date: _____ \ _____ \ _____     Inv End Date: _____ \ _____ \ _____

Report: _____
_____
_____

Action Taken: _____
_____
_____

Supervisor: _____   Date: _____ \ _____ \ _____
Signature: _____
Print: _____

**Unit Commander:**    ( ) Concur with Supervisor  ( ) Other
_____
_____

Supervisor: _____   Date: _____ \ _____ \ _____
Signature: _____
Print: _____

**Administrative Captain Determinations:**    ( ) Concur with Unit Commander  ( ) Other
_____
_____

**Superintendent's Determination:**    ( ) Concur with Administrative Captain  ( ) Other
_____
_____

( ) Refer to OPS

Signature: _____   Date: _____ \ _____ \ _____
Print: _____

**Distribution:** ( ) Superintendent   ( ) Administrative Captain   ( ) Unit Commander
            ( ) Supervisor         ( ) Individual              ( ) Personnel

~ 2 ~

Revised 05/01 WDNY                **AFFIRMATION OF SERVICE**
                      (If you are <u>not</u> having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_Sanja Drinks-Bruder,_

        Plaintiff(s),

        v.

_City of Niagara Falls, et, al_

        Defendant(s).

AFFIRMATION OF SERVIC

_22_ -CV-_00725_

I, *(print your name)* _____, served a copy of the attached
*(state the name of your papers)* _Motion opposing Memoradum of L_
_in Support of Defendants' motion to Dismiss in Document 15-1_
_Motion to Oppose defendants motion to dismiss and_
_Motion opposing memorordum of law in support of defen_
_____ upon all other parties in this case    _to dismiss_
by mailing [ ✓ ] by hand-delivering [   ] *(check the metho
used)*

these documents to the following persons *(list the names and addresses of the peopl
served)*_____
_Michael Hickey, Esq_         _Robert Boreanaz_
_The Avant Building Suite 900_    _42 Delaware Av_
_200 Delaware Av_          _Buffalo, NY 142_
_Buffalo, NY 14202-2107_

_____
_____
_____
_____

on *(date service was made)* _____

I declare under penalty of perjury that the foregoing is true and correct, to the best o
knowledge, information and belief.

Executed on _March 21 2023_    _Sanja Drinks-Bruder_
*(date)*

Sonya Drake-Bruder
3581 Gatlin Place Circle
Orlando, FL 32812

22 - CV - 725

United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

USDC - WDNY
MAR 27 2023
BUFFALO





RDC 29

14202